Blue Ridge Textile Co., Inc., Appellant, *v.*
Travelers Indemnity Company.

Argued April 26, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*William E. Young,* with him *Edmund P. Turtzo,* for appellant.

*James B. McGiffert,* with him *Fackenthal, Teel & McGiffert,* for appellee.

OPINION PER CURIAM, May 21, 1962:
Judgment affirmed on opinion of President Judge WILLIAM G. BARTHOLD, 27 Pa. D. & C. 2d 55.